UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RECEIVED
By TanyaPratt at 11:30 am, Sep 01, 2026

| | |
|---|---|
| ARMELLE BONDONGA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 4:26-cv-00210-TWP-KMB |
| | ) |
| SAMUEL OLSON, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**STATUS UPDATE**

The Federal Respondents respectfully notify the Court that Petitioner appeared for a bond hearing on August 31, 2026. (Ex. 1, Bond Hearing Order) The Immigration Judge determined that he had no authority to grant bond in the matter because Petitioner is subject to a final order removal. (*Id.*) The Respondents notify the Court of this procedural update because in the Return to Show Cause Order it was represented that the Immigration Judge would "determine if she is a flight risk or danger to the community." (Dkt. 7 at 6.) Thus, the Respondents wish to update the court that she was not determined to be a flight risk or danger by the Immigration Judge, but rather, the Immigration Judge ruled that he had no authority to conduct the bond hearing. (Ex. 1) The Respondents maintain that detention authority is still proper under 8 U.S.C. § 1231(a)(6) as stated in the Return to Show Cause Order, but not on the basis of an Immigration Judge's determination that she is a flight risk.

By: *<u>/s/ Paul Umbaugh IV</u>*
Paul Umbaugh IV
Special Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
Paul.Umbaugh@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Paul Umbaugh IV*
Paul Umbaugh IV
Special Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048