UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
October 8, 2026

| | |
|---|---|
| ARMELLE BONDONGA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 4:26-cv-00210-TWP-KMB |
| | ) |
| SAMUEL OLSON, *et al*., | ) |
| | ) |
| Respondents. | ) |

**NOTICE**

In response to the Court's Order dated October 6, 2026 (Dkt. 13.), the Federal Defendants respectfully notify the Court that on October 6, 2026, the Petitioner was released from custody.

THOMAS E. WHEELER II
United States Attorney

By: */s/ Paul Umbaugh IV*
Paul Umbaugh IV
Special Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
Paul.Umbaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Paul Umbaugh IV*
Paul Umbaugh IV
Special Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048